UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BARBARA GARDNER, RHIANNA HOUSE and MIRIAM HOUSE individually and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN LINDELL d/b/a LINDELL TRUCK AND AUTO SALES ,<br><br>　　　　　　Defendant. | Case No. CV-15-116-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　JUDGMENT is entered in favor of Plaintiffs and against Defendant in accordance with Court's Order E.C.F. document 30. Defendant shall credit the account of Barbara Gardner in the amount of $5240.00. Defendant shall credit the accounts of Rhianna and Mariam House in the amount of $4500.00 each. Defendant shall credit the accounts of each class member with a credit of $750.00. The Court awards aggregate attorney's fees and costs of $13,000.00 to Eakin, Berry & Grygiel PLLC and cost toward the administration of the Class in the amount of $351.00 to Eakin, Berry & Grygiel PLLC.

　　Dated this 10th day of November, 2016.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ E.Hamnes
　　　　　　　　　　　　　　E.Hamnes, Deputy Clerk